UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>HOBART SERVICES; ITW FOOD EQUIPMENT GROUP LLC; and DOES 1 through 50,<br><br>    Defendants. | CASE NO. 3:21-cv-00120-LRH-CLB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff WEST AMERICAN INSURANCE COMPANY, and Defendant ITW FOOD EQUIPMENT GROUP LLC, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of

/ / /

/ / /

/ / /

/ / /

/ / /

1

this action with prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

Dated this 13th day of December 2021.                    Dated this 13th day of December 2021.

COZEN O'CONNOR                                           ALVERSON TAYLOR & SANDERS

_____                         /s/ Elizabeth B. Wright
GILBERT S. HERNANDEZ                                     _____
COZEN O'CONNOR                                           Karie N. WILSON, Esq.
3753 Howard Hughes Parkway, 200                          Nevada Bar No. 7957
Las Vegas, NV 89169                                      6605 Grand Montecito Pkwy, Suite 200
Attorneys for Plaintiffs                                 Las Vegas, NV 89149
WEST AMERICAN INSURANCE COMPANY                          Telephone: (702) 384-7000
                                                         Facsimile: (702) 385-7000
                                                         kwilson@alversontaylor.com

                                                         Elizabeth B. Wright, Esq.
                                                         Ohio Bar No. 18456 (Pro Hac Vice)
                                                         Anthony J. Martucci, Esq.
                                                         (Ohio Bar No. 90794 (Pro Hac Vice)
                                                         THOMPSON HINE LLP
                                                         3900 Key Center
                                                         127 Public Square
                                                         Cleveland, OH 44114
                                                         Telephone: (216) 566-5500
                                                         Facsimile: (216) 566-5800
                                                         elizabeth.wright@thompsonhine.com
                                                         tony.martucci@thompsonhine.com
                                                         Attorneys for Defendant
                                                         ITW FOOD EQUIPMENT GROUP LLC

**O R D E R**

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  December 20, 2021.